IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFRED DAVID HARDY III, | ) | |
| # 186 078, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:15-CV-596-WKW |
| | ) | [WO] |
| ALABAMA DEP'T OF CORR., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 31, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 3.)  Upon an independent review of the file and the Recommendation, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.  The Clerk of the Court is DIRECTED to the necessary steps to effectuate the transfer.

DONE this 29th day of September, 2015.

                                          /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE